STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
CHARLES BRIGHT, JR., PLAINTIFF IN ERROR.

Submitted February 16, 1940—Decided April 25, 1940.

For the defendant in error, *William A. W. Grier,* prosecu-
tor of the pleas.

For the plaintiff in error, *David L. Horuvitz.*

PER CURIAM.

This appeal challenges certain rulings of the trial court respecting the admission or rejection of evidence, the legal propriety of a portion of the charge to the jury, the refusal of the trial court to direct a verdict of acquittal and other incidental matter. Upon consideration thereof we are satisfied that none of the matters complained of resulted in harmful error.

The judgment appealed from is, therefore, affirmed.

*For affirmance*—CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 10.

*For reversal*—PARKER, J. 1.